AO 442  (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

United States of America
v.
NASER ALMADAOJI

)
)
)
)
)
)
)

Case No. 3:18 mj706,

MICHAEL J. NEWMAN

*Defendant*

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    NASER ALMADAOJI                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment         ☐ Superseding Indictment         ☐ Information         ☐ Superseding Information         ☑ Complaint

☐ Probation Violation Petition         ☐ Supervised Release Violation Petition         ☐ Violation Notice         ☐ Order of the Court

This offense is briefly described as follows:

Attempt to Provide Material Support and Resources to a Foreign Terrorist Organization, in violation of 18 U.S.C. Section 2339B

Date:    10/24/18

City and state:    Dayton, Ohio

*Issuing officer's signature*

Hon. Michael J. Newman, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  10/24/2018 , and the person was arrested on *(date)*  10/24/2018 at *(city and state)*  Columbus, OH                . |

Date:   10/25/2018

*Arresting officer's signature*

Patrick Gragan
MICHAEL HERWIG , SPECIAL AGENT
*Printed name and title*